Mr. Kevin C. Ford Sr.
NAME

F6069-01A
CRIMINAL CASE NUMBER

205-159
PRISON NUMBER

CTF/CCA
PLACE OF CONFINEMENT

FILED
JUN 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mr. Kevin Charles Ford Sr.
(Full Name)
                Petitioner    )
                              )
        v.                    )
                              )
Mr. John Caulfield            )
(Name of Warden, Superintendent,
Jailor, or authorized person having
custody of petitioner)
                Respondent    )

Case: 1:07-cv-01182
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/29/2007
Description: Habeas Corpus/2255

(If petitioner has a sentence to be served in the <u>future</u> under a Federal judgment which he wishes to attack, he should file a motion in the Federal Court which entered the judgment)

PETITION FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY
IN THE DISTRICT OF COLUMBIA

INSTRUCTIONS--PLEASE READ CAREFULLY

(1)  This petition must be legibly handwritten or typewritten and signed by the petitioner. <u>Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

(2)  Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3)  Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

1

Page 2

5. If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

6. Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

7. When you have completed the form, send the original and one copy to:
   Clerk, United States District Court for the District of Columbia
   Room 1225
   333 Constitution Avenue, NW
   Washington, DC 20001

9. <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1. (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging: Superior Court of the District of Columbia

2. (a) Date of the sentence (or detention): 9-20-02

3. Length of sentence: (12) twelve month CAP

4. Nature of offense involved (all counts): Distribution of Herion, drop to Intent Distribution

5. (a) What was your plea? (Check one):
   ☐ Not guilty
   ☒ Guilty
   ☐ Nolo Contendere (no contest)
   ☐ Insanity

Page 3

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: I pleaed to Attempt Distribution of Heroion, I was given a (12) twelve month sentence, I was residing in the Effect Halfway house while going to court, At the time of Sentence on the date of 9-20-02, I had spent six months in the halfway house, the Judge order another 90 days to bring myself up to (9) nine months, and (90) ninety days to be served on Supervise Probation, to total up to a (12) twelve month CAP Sentence

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
   ☒ Yes
   ☐ No

7. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of Court: Superoir Court of the District of Columbia
       (2) Nature of the proceedings: I was told by letter that my arguement did not lye in its jurisdiction in 2004, per Judge Ann Keary, Sentencing Judge
       (3) Grounds raised: Judge Keary Exceeded over the 12 month cap upon myself violating the 90 days of Supervise probation, by telling me to continue to Expirate on the twelve months, credited with time served, with an additional 90 days Supervise Release, inwhich turned into (5) five years without due process, And no motions filed
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☒ No
       (5) Result: _____
       (6) Date of result: _____

   (b) As to any second petition, application, or motion, give the same information:
       (1) Name of Court: _____
       (2) Nature of the proceedings: _____
       (3) Grounds raised: _____
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☐ No
       (5) Result: _____

Page 4

  (6) Date of result: _____

 (c) As to any third petition, application, or motion, give the same information:
  (1) Name of Court: _____
  (2) Nature of the proceedings: _____

  (3) Grounds raised: _____

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
   ☐ Yes
   ☐ No
  (5) Result: _____
  (6) Date of result: _____

 (d) Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
  (1) First petition, etc."
   ☐ Yes
   ☒ No
  (2) Second petition, etc.:
   ☐ Yes
   ☐ No

  (3) Third petition, etc.:
   ☐ Yes
   ☐ No

 (e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: At the given time, I did not have the knowledge of where to file, also lacked information and documents to support my claim

8. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

Page 5

A.   GROUND ONE:
   (a)  Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: On 9-20-02 Judge Kenry sentence myself to a (12) twelve month cap, in which in my opion seals any addictionnl time, when I violated the (90) Ninety days of Supervise Probation, Although offender was off of Supervise Probation, because Supervise Officer did not send a report until 5-22-03 way pass his date for a show cause Hearing, Petitionee was revoke on 7-24-03 by Judge Kenry and was told to continue to Expirate on the twelve month cap, Judge Kenry Exceeded the cap with an additionnl 90 days of Supervise Release, Never asking why was the offender violated at such a late date, when his Supervise Probation should had been up as Early as of March 2003. There fore Petitioner has finish his time and being held illegal, because motion was not file in time

B.   GROUND TWO:
   (a)  Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: Although Petitioner violate the (90) Ninety days of Supervise Release He was not given due process because, the Parole Commission increase his sentence of (90) ninety days to (5) five years with out filing a motion to the sentincing Judge Ms. Ann Kenry to Enhance the Petitioner's sentence, there for Petitioner is being held illegal on two occassions because on the first occassion he was offer an Expedited offer of (12) twelve months (48) forty Eight months Supervise Release, on the second he has been offer an (12) twelve month Expedited offer, (36) thirty sixs months Supervise Release. Parole Commission still violated by not filing a motion to ask the Sentencing Judge to increase my sentence

C.   GROUND THREE:
   (a)  Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: On 7-24-03 Petitioner was held illegal over his time, because Judge Ann Kenry sentence Petitioner to (12) twelve months credited with all time served jail time, Halfway House time, Petitioner was to be release as Early as of October 2003, Never the less, Petitioner was not release until 12-17-03, marshall service was notify to pick up and release immediately, Petitioner's Supervise Release should had been running and counting although he was being held illegal past his date, Supervise release should had been up as of January 2004 to no avail, because time was not computed correctly, there for, Petitioner continue's to be held illegal, residing on Supervise Release

Page 6

D.     GROUND FOUR:

(a)   Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: On the sentence of Supervise Release, there was no attorney Client relationship, because although my attorney Ms Corrine Shultz is indeed a good lawyer and women in heart, she lack the information of Supervise Release, because due Process was not given by her, or my sentencing Judge Ms Ann Keary, indicating that if Supervise Release was violated, how my sentence could had been enhance to five years, No one explain this in court, I plead to a (12) twelve month cap, nevertheless the cap was exceeded over, therefore, I beleive this is an illegal sentence.

9. If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: In the grounds of Supervise Release I was never given the chance to ask, because the marshall step me back immediately, and also, I never was taken back in front of my sentencing Judge Ms. Ann Keary for the violation of Supervise release, I only seen the Parole Commissioner inwhich increase my sentence, without a motion sign by the Judge Ms Ann Keary. In the grounds of illegal detention in July 24, 2003 until 12-17-03, I did not have supporting documents until this year of 2006

10. Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
     ☐ Yes
     ☒ No

(a) If so, give the name and location of the court and case number, if known:

11. Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
     ☐ Yes
     ☒ No

(a) If so, give name and location of court which imposed sentence to be served in the future:

Page 7

(b) And give date and length of sentence to be served in future: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
  ☐ Yes
  ☒ No

    Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Mr. Kevin Ford Sr._
Petitioner's Signature

12-27-06
Date

G
07-1182
CKK

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

Kevin Charles Ford, Sr.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __88888__
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

John Caulfield

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Pro se (PR) #205-159

Case: 1:07-cv-01182
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/29/2007
Description: Habeas Corpus/2255

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

☐ **A.** *Antitrust*
☐ 410 Antitrust

☐ **B.** *Personal Injury/ Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C.** *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E.** *General Civil (Other)* OR ☐ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**No Summons Issued**

| ☒ G. *Habeas Corpus/ 2255*<br>☒ 530 Habeas Corpus-General<br>☒ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28:2241 Petition for writ of habeas corpus

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $   Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO   If yes, please complete related case form.

**DATE** 6.29.07   **SIGNATURE OF ATTORNEY OF RECORD** UCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd