## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KEVIN C. FORD, SR., | ) ) ) | |
| Petitioner, | ) ) | Civil Action No. 07-1182 (CKK) |
| v. | ) ) | |
| JOHN CAULFIELD, | ) ) ) | |
| Respondent. | ) ) | |

To the Clerk of this court and all parties of record:

### NOTICE OF APPEARANCE

Please enter the appearance of J. William Koegel, Jr. as counsel of record in this case for:

Kevin C. Ford, Sr.

Respectfully submitted,

_____/s/_____
J. William Koegel, Jr.
D.C. Bar. No. 323402
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
wkoegel@steptoe.com
(202) 429-6408

Dated: September 4, 2007

## CERTIFICATE OF SERVICE

      I HERBY CERTIFY that on September 4, 2007, a copy of the instant notice has been filed electronically with the Court and served by electronic mail upon:

| | |
|---|---|
| Robert D. Okun | Phillip A. Lattimore, III |
| Sherri L. Berthrong | Carl J. Schifferle |
| Special Proceedings Division | Suite 600S |
| 555 4th Street, N.W., Room 10-450 | 441 Fourth Street, N.W. |
| Washington, DC 20530 | Washington, DC 20001 |
| Sherri.Berthrong@usdoj.gov | Carl.schifferle@dc.gov |
| *Counsel for the United States* | *Counsel for the District of Columbia.* |

                                              /s/
                                    J. William Koegel, Jr.