UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN C. FORD, SR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JOHN CAULFIELD, )<br>)<br>Respondent. )<br>) | Civil Action No. 07-1182 (CKK) |

### CONSENT MOTION TO HOLD PROCEEDING IN ABEYANCE

The Petitioner, Kevin C. Ford, Jr., respectfully requests that the Court hold the above-referenced proceeding in abeyance for thirty (30) days. Mr. Ford has only recently retained counsel, J. William Koegel, Jr. of Steptoe & Johnson LLP, to represent him. Holding this proceeding in abeyance for thirty days will allow new counsel an opportunity to review the file, consult with Mr. Ford, and determine strategy for the case. Mr. Ford is no longer incarcerated, and new counsel will determine whether to amend his Petition for a Writ of Habeas Corpus or reply to the oppositions submitted by Federal Respondents and by the District of Columbia within the thirty day period. Undersigned counsel has conferred with counsel of record for the United States and the District of Columbia and they consent to this motion.

For the foregoing reasons, the Petitioner respectfully requests that the Court grant his Motion to Hold the Proceeding in Abeyance.

Respectfully submitted,

_____
J. William Koegel, Jr.
D.C. Bar No. 323402
STEPTOE & JOHNSON LLP

                    1330 Connecticut Avenue, NW
                    Washington, DC  20036
                    wkoegel@steptoe.com
                    (202) 429-6408

                    *Counsel for Kevin C. Ford, Sr.*

Dated: September 4, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN C. FORD, SR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JOHN CAULFIELD, )<br>)<br>Respondent. )<br>) | Civil Action No. 07-1182 (CKK) |

PROPOSED ORDER
GRANTING MOTION TO HOLD PROCEEDING IN ABEYANCE

ORDERED that Petitioner's Motion to Hold Proceeding in Abeyance for thirty days is granted. The proceeding will be held in abeyance until October 3, 2007.

SO ORDERED this _____ day of _____, 2007.

_____
Colleen Kollar-Kotelly
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on September 4, 2007, a copy of the instant motion has been filed electronically with the Court and served by electronic mail upon:

Robert D. Okun
Sherri L. Berthrong
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, DC 20530
Sherri.Berthrong@usdoj.gov

*Counsel for the Federal Respondents*

Phillip A. Lattimore, III
Carl J. Schifferle
Suite 600S
441 Fourth Street, N.W.
Washington, DC 20001
Carl.schifferle@dc.gov

*Counsel for the District of Columbia.*

_____
J. William Koegel, Jr.