UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN C. FORD, SR., )
)
        Petitioner, ) Civil Action No. 07-1182 (CKK)
)
v. )
)
JOHN CAULFIELD, )
)
        Respondent. )
)

**PETITIONER'S MOTION FOR AN EXTENSION OF TIME
TO AMEND HIS PETITION OR FILE A RESPONSE**

The Petitioner, Kevin C. Ford, Jr., respectfully requests that the Court extend the October 5, 2007 deadline to amend his Petition for a Writ of Habeas Corpus or file a reply to the oppositions submitted by Federal Respondents and by the District of Columbia by an additional thirty (30) days. Counsel for Mr. Ford has met several times with Mr. Ford, as well with attorneys for the Public Defender Service for the District of Columbia who had represented Mr. Ford in the past. Undersigned counsel, however, is still seeking to obtain records related to Mr. Ford's case from the Public Defender Service for the District of Columbia, as well as certain medical records for Mr. Ford, and records from the D.C. Superior Court related to Mr. Ford's original sentencing in September, 2002. These records are necessary to prepare an amended Petition for a Writ of Habeas Corpus or a reply to the oppositions submitted by Federal Respondents and by the District of Columbia. Undersigned counsel has conferred with counsel of record for the United States and the District of Columbia and they consent to this motion.

For the foregoing reasons, the Petitioner respectfully requests that the Court grant this Motion for an Extension of Time.

>Respectfully submitted,
>
>_____/s/_____
>J. William Koegel, Jr.
>D.C. Bar No. 323402
>STEPTOE & JOHNSON LLP
>1330 Connecticut Avenue, NW
>Washington, DC 20036
>wkoegel@steptoe.com
>(202) 429-6408
>
>*Counsel for Kevin C. Ford, Sr.*

Dated: October 3, 2007

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on October 3, 2007, a copy of the instant motion has been filed electronically with the Court and served by electronic mail upon:

Robert D. Okun
Sherri L. Berthrong
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, DC 20530
Sherri.Berthrong@usdoj.gov

*Counsel for the Federal Respondents*

Phillip A. Lattimore, III
Carl J. Schifferle
Suite 600S
441 Fourth Street, N.W.
Washington, DC 20001
Carl.schifferle@dc.gov

*Counsel for the District of Columbia.*


_____/s/_____
J. William Koegel, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN C. FORD, SR., )
)
Petitioner, ) Civil Action No. 07-1182 (CKK)
)
v. )
)
JOHN CAULFIELD, )
)
Respondent. )

## PROPOSED ORDER
## GRANTING PETIONER'S MOTION FOR AN EXTENSION OF TIME
## TO AMEND HIS PETITION OR FILE A RESPONSE

ORDERED that the Petitioner's Motion for an Extension of Time to Amend His Petition for a Writ of Habeas Corpus or file a reply to the oppositions submitted by Federal Respondents and by the District of Columbia by an additional thirty (30) days is granted. The Petitioner may amend his Petition for a Writ of Habeas Corpus or file a reply to the oppositions submitted by Federal Respondents and by the District of Columbia by November ___, 2007.

SO ORDERED this _____ day of _____, 2007.


_____
Colleen Kollar-Kotelly
U.S. District Court Judge