UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN FORD,                                         :
                                                    :
    Plaintiff,                              : Case no. 07-1182 (CKK)
                                                    :
v.                                                  :
                                                    :
JOHN CAULFIELD, *et al.*                            :
                                                    :
    Defendant.                              :

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Steven Anderson as counsel for defendant John Caulfield. Mr. Anderson's address and telephone number are set forth below.

    Respectfully submitted,

    PETER NICHOLS
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    PHILLIP LATTIMORE
    Chief, General Litigation Section III

    /s/ STEVEN J. ANDERSON
    _____
    STEVEN J. ANDERSON
    Assistant Attorney General
    Bar no. 334480
    Suite 600S
    441 Fourth Street, N.W.
    Washington, D.C. 20001
    (202) 724-6607
    (202) 727-3625 (fax)
    E-mail: Steve.anderson@dc.gov