UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEVIN CHARLES FORD,** | : | |
| Petitioner | : | CIVIL ACTION NO. 07-01182 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **JOHN CAULFIELD,** | : | |
| Respondent | : | |

### UNITED STATES' UNOPPOSED PROPOSED SCHEDULE FOR FILING A RESPONSE TO PETITIONER'S AMENDED PETITION FOR A WRIT OF HABEAS CORPUS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully proposes that it be granted thirty days, until March 6, 2008, to file its response to the petitioner's amended petition for a writ of habeas corpus. In support of this motion, the Government states:

1.  The petitioner filed his pro se petition for a writ of habeas corpus on June 29, 2007. The United States filed its opposition on July 31, 2007.

2.  The petitioner, through counsel, filed an amended petition for a writ of habeas corpus on November 5, 2007. On March 5, 2008, the Court requested that the United States respond to the amended petition.

3.  In order to respond to the petitioner's amended petition, the undersigned requests thirty days in order to contact the U.S. Parole Commission, ascertain the petitioner's parole history, research the petitioner's claims, and prepare a response to the petitioner's amended petition. This amount of time is reasonable and should not unduly prejudice the petitioner.

4.  Counsel for the petitioner does not object to this proposed schedule.

A proposed Order is attached.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar Number 498-610

          /s/  Robert D. Okun
        ROBERT D. OKUN
        Assistant United States Attorney
        Chief, Special Proceedings Division
        D.C. Bar Number 457-078

          /s/ Sherri L. Berthrong
        SHERRI L. BERTHRONG
        Assistant United States Attorney
        D.C. Bar No. 249-136
        Sherri.Berthrong@usdoj.gov
        Special Proceedings Division
        555 4th Street, N.W., Room 10-450
        Washington, D.C. 20530
        (202) 514-6948

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the United States' instant motion has been filed electronically with the Court, this 6th day of February, 2008.

          /s/ Sherri L. Berthrong
        Sherri L. Berthrong
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEVIN CHARLES FORD,** | : | |
| Petitioner | : | CIVIL ACTION NO. 07-01182 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **JOHN CAULFIELD,** | : | |
| Respondent | : | |

### ORDER

Upon consideration of the United States' Unopposed Proposed Schedule for Filing A Response to Petitioner's Amended Petition For A Writ of Habeas Corpus, and good cause having been shown, it is hereby **ORDERED**:

The United States shall have until March 6, 2008, within which to file its response to the Petitioner's Amended Petition For A Writ of Habeas Corpus.

**SO ORDERED** this _____day of _____, 2008.

_____
Colleen Kollar-Kotelly
U.S. District Court Judge

Copies To:

Sherri L. Berthrong
Assistant United States Attorney
Special Proceeding Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530

J. William Koegel, Jr.
Counsel for petitioner
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036