UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin Charles Ford, Sr.,      ) | |
|                                          ) | |
|     Petitioner,                  ) | |
|                                          ) | |
|           v.                           ) | Civil Action No. 07-1182 (CKK) |
|                                          ) | |
| John Caulfield,                 ) | |
|                                          ) | |
|     Respondent.               ) | |

ORDER

This matter is before the Court on the government's opposition to the amended petition for a writ of *habeas corpus*. The respondents address the merits of the petition and seek summary denial of it. The Court's consideration of the response could result in dismissal of the case. Petitioner therefore will be allowed time to respond. Petitioner is advised that the Court's local rules require a party opposing a dispositive motion (or its equivalent) to file a memorandum of points and authorities "at such [] time as the court may direct . . . [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

ORDERED that petitioner shall file his reply to the respondents' opposition to the amended *habeas corpus* petition by **April 7, 2008**. If petitioner fails to respond within the time provided, the Court will treat the response as conceded and may dismiss the case.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Dated: March 3, 2008