UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN C. FORD,<br><br>    Petitioner,<br><br>v.<br><br>JOHN CAULFIELD,<br><br>    Respondent. | Civil Action No. 07-01182 (CKK) |

### PETITIONER'S NOTICE OF SUPPLEMENTAL INFORMATION

Counsel for Petitioner Kevin C. Ford respectfully submits this Notice of Supplemental Information relating to Mr. Ford's pending Amended Petition for a Writ of Habeas Corpus ("Amended Petition"). Counsel has just learned that Mr. Ford's supervised release has been revoked, allegedly as a result of his failure to report for supervision, and that Mr. Ford is currently incarcerated.[1] Although Mr. Ford's original Petition for a Writ of Habeas Corpus was filed when he was previously incarcerated – and in fact sought to end that incarceration – the Amended Petition was filed following his release and sought only to terminate the remaining term of his supervised release. As such, the impact of Mr. Ford's recent parole revocation and incarceration on the pending Amended Petition is not immediately apparent. Counsel will explore the matter further and report back to the Court within two weeks, or earlier if the Court prefers, but Counsel wanted to notify the Court of this situation as expeditiously as possible.

---

[1] Unfortunately, the very same vicious cycle of supervised release, hypertechnical violations of that release, additional incarceration, and yet more supervised release that was cited in the Amended Petition – all directly owing to the Bureau of Prisons' repeated erroneous calculations – appears to have been set in motion again.

- 2 -

Respectfully submitted,

/s/
J. William Koegel, Jr.
D.C. Bar No. 323402
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
wkoegel@steptoe.com
(202) 429-6408

Philip Fornaci
D.C. Bar No. 434824
Washington Lawyers' Committee for Civil Rights
& Urban Affairs
11 DuPont Circle, N.W.
Suite 400
Washington, DC 20036

*Counsel for Kevin C. Ford*

Dated: April 29, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2008, a copy of the foregoing Petitioner's Notice of Supplemental Information has been filed electronically with the Court and served by electronic mail upon:

Robert D. Okun
Sherri L. Berthrong
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, DC 20530
Sherri.Berthrong@usdoj.gov

Phillip A. Lattimore, III
Carl J. Schifferle
Steven J. Anderson
Suite 600S
441 Fourth Street, N.W.
Washington, DC 20001
Carl.schifferle@dc.gov
Steve.anderson@dc.gov

*Counsel for the Federal Respondents*

*Counsel for the District of Columbia*

/s/
J. William Koegel, Jr.