# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KEVIN C. FORD, )<br>               Petitioner, )<br>      v. )<br>JOHN CAULFIELD, )<br>               Respondent. ) | Civil Action No. 07-01182 (CKK) |

## **PETITIONER'S THIRD NOTICE OF SUPPLEMENTAL INFORMATION**

Counsel for Petitioner Kevin C. Ford respectfully submits this Third Notice of Supplemental Information relating to Mr. Ford's pending Amended Petition for a Writ of Habeas Corpus ("Amended Petition"). As previously explained in Petitioner's Notice of Supplemental Information, Mr. Ford's supervised release has been revoked, allegedly as a result of his failure to report for supervision, and Mr. Ford is currently incarcerated in the District of Columbia. Counsel has been informed that Mr. Ford requested reconsideration of the parole revocation, and we believe that the request remains pending before the United States Parole Commission. Upon resolution of that request, counsel will be in a better position to determine the sufficiency of Mr. Ford's pending Amended Petition or whether leave to file a second amended petition should be sought. Counsel will report back to the Court within two weeks, or earlier if the Court prefers, on the status of Mr. Ford's request for reconsideration of his parole revocation.

          Respectfully submitted,


          _____/s/_____
          J. William Koegel, Jr.
          D.C. Bar No. 323402
          STEPTOE & JOHNSON LLP
          1330 Connecticut Avenue, NW
          Washington, DC  20036
          wkoegel@steptoe.com
          (202) 429-6408

          Philip Fornaci
          D.C. Bar No. 434824
          Washington Lawyers' Committee for Civil Rights & Urban Affairs
          11 DuPont Circle, N.W.
          Suite 400
          Washington, DC 20036

          *Counsel for Kevin C. Ford*

Dated:  May 27, 2008

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 27, 2008, a copy of the foregoing Petitioner's Third Notice of Supplemental Information has been filed electronically with the Court and served by electronic mail upon:

| | |
|---|---|
| Robert D. Okun | Phillip A. Lattimore, III |
| Sherri L. Berthrong | Carl J. Schifferle |
| Special Proceedings Division | Steven J. Anderson |
| 555 4th Street, N.W., Room 10-450 | Suite 600S |
| Washington, DC 20530 | 441 Fourth Street, N.W. |
| Sherri.Berthrong@usdoj.gov | Washington, DC 20001 |
| | Carl.schifferle@dc.gov |
| | Steve.anderson@dc.gov |
| *Counsel for the Federal Respondents* | *Counsel for the District of Columbia* |

                                                /s/
                                     J. William Koegel, Jr.