UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN C. FORD, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Petitioner, 　　　　　　)　　Civil Action No. 07-01182 (CKK)<br>　　　　　　　　　　　　　　　　)<br>　　　v. 　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>JOHN CAULFIELD, 　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Respondent. 　　　　　　)<br>　　　　　　　　　　　　　　　　) | |

**PETITIONER'S SIXTH NOTICE OF SUPPLEMENTAL INFORMATION**

Counsel for Petitioner Kevin C. Ford respectfully submits this Sixth Notice of Supplemental Information relating to Mr. Ford's pending Amended Petition for a Writ of Habeas Corpus ("Amended Petition"). As previously explained in Petitioner's Notice of Supplemental Information, Mr. Ford's supervised release has been revoked, and Mr. Ford is currently incarcerated in the District of Columbia. Counsel has been informed that Mr. Ford timely requested reconsideration of the parole revocation during the week of June 16, and we believe that the request remains pending before the United States Parole Commission. Upon resolution of that request, counsel will be in a better position to determine the sufficiency of Mr. Ford's pending Amended Petition or whether leave to file a second amended petition should be sought. Counsel will report back to the Court within two weeks, or earlier if the Court prefers, on the status of Mr. Ford's request for reconsideration of his parole revocation.

Respectfully submitted,

_____/s/_____
J. William Koegel, Jr.
D.C. Bar No. 323402
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
wkoegel@steptoe.com
(202) 429-6408

Philip Fornaci
D.C. Bar No. 434824
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 DuPont Circle, N.W.
Suite 400
Washington, DC 20036

*Counsel for Kevin C. Ford*

Dated:  July 8, 2008

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 8, 2008, a copy of the foregoing Petitioner's Sixth Notice of Supplemental Information has been filed electronically with the Court and served by electronic mail upon:

| | |
|---|---|
| Robert D. Okun | Phillip A. Lattimore, III |
| Sherri L. Berthrong | Carl J. Schifferle |
| Special Proceedings Division | Steven J. Anderson |
| 555 4th Street, N.W., Room 10-450 | Suite 600S |
| Washington, DC 20530 | 441 Fourth Street, N.W. |
| Sherri.Berthrong@usdoj.gov | Washington, DC 20001 |
| | Carl.schifferle@dc.gov |
| | Steve.anderson@dc.gov |
| *Counsel for the Federal Respondents* | *Counsel for the District of Columbia* |

                                              /s/
                                      J. William Koegel, Jr.