### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

_____

KEVIN CHARLES FORD, SR.,

Petitioner,

v.                                          Civil Action No. 07-1182 (CKK)

JOHN CAULFIELD,

Respondent.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)

### ORDER TO SUPPLEMENT THE RECORD

A critical factual dispute in this case concerns whether the petitioner was in custody during any or all of the seventeen-day period immediately prior to July 24, 2003, that is, from July 7 to July 23, 2003. The petitioner asserts that he was in custody continuously from his arrest on July 7, 2003 through December 17, 2003, *see* Petitioner's Second Amended Petition for a Writ of Habeas Corpus ¶¶ 10, 11 (Feb. 3, 2009), and that for some "part of this time," he was being treated for leg ulcers at the Howard University Medical Center ("HUMC"), *id.* ¶ 10. The federal respondents dispute that petitioner was in custody during any of the period from July 7 through July 23, 2003, inclusive. *See* Federal Respondents' Opposition to Petitioner's Second Amended Petition for a Writ of Habeas Corpus at 2 n.3 (Feb. 20, 2009); Federal Respondents' Opposition to Petitioner's [First] Amended Petition for a Writ of Habeas Corpus at 5 n.5 (Feb. 24, 2008).

A more complete and more precise record would assist the Court in resolving this critical factual dispute. HUMC's admission, discharge and other records, as well as evidence from other

sources such as D.C. Jail medical unit records, the U.S. Marshal Service's transportation records, and the petitioner, may establish facts that would assist the Court in resolving the dispute. Potentially helpful facts include the following:

the date and time of petitioner's admission and discharge from the HUMC;

whether the petitioner was already in custody when admitted to the HUMC, and

if so, what law-enforcement agency transported him to the HUMC, and

if so, was he referred to HUMC by authorities at the D.C. Jail or was he taken by the arresting officer, and

if not, whether petitioner was arrested while he was in HUMC;

how long — whether hours or days — the petitioner stayed at HUMC, and whether petitioner was admitted as an outpatient or an inpatient;

whether the petitioner was admitted to the emergency room or some other unit at the HUMC;

the nature of petitioner's ailment and the nature of the medical treatment the petitioner received at HUMC;

whether petitioner was present at the July 9, 2003 Superior Court hearing, and

if not, where he was at that time.

In addition, it would assist the Court to have a more legible copy of petitioner's Exhibit I, showing more clearly when the Superior Court bench warrant issued on June 20, 2003, was executed.  Accordingly, it is hereby

ORDERED that on or before July 20, 2009 the petitioner shall supplement the record by filing documents that are competent to support petitioner's contention that he was in custody continuously from July 7, 2003 through July 24, 2003.


 

 

 

|                        | _____/s/_____ |
|------------------------|----------------------------------|
|                        | COLLEEN KOLLAR-KOTELLY |
| Date:  July 7, 2009    | United States District Judge |