UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN CHARLES FORD, SR.,            ) | |
| Petitioner,                                        ) | |
| v.                                                      ) | Civil Action No. 07-1182 (CKK) |
| JOHN CAULFIELD,                          ) | |
| Respondent.                                    ) | |

## FINAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that the petition for a writ of habeas corpus is GRANTED; and it is

**FURTHER ORDERED** that the petitioner be, and hereby is, discharged from supervised release.

This is a final, appealable order. *See* Fed. R. App. P. 4

Date: Sep 10, 2009

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge